**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


In Re:  **Qiana N. Futrell**        )    Chapter 13
        **Debtor**             )
                           )    **No. 19-16328-ELF**
                           )
                           )


<u>**CERTIFICATION OF NO RESPONSE**</u>


    **I hereby certify that I have received no answer, objection,
or other responsive pleading to the Application for Compensation
and respectfully request that the Order attached to the Motion be
approved.**


                                          <u>**/s/David M. Offen**</u>
                                          **David M. Offen**
                                          **Attorney for Debtor(s)**

**Date:2/21/20**