United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Qiana N. Futrell  
    Debtor

Case No. 19-16328-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Christina | Page 1 of 1 | Date Rcvd: Jun 22, 2020 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2020.
db       +Qiana N. Futrell,   5703 Lebanon Avenue,   Philadelphia, PA 19131-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg      +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 23 2020 05:09:44    U.S. Attorney Office,
      c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                                                                                                                                                      TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2020 at the address(es) listed below:
        DAVID M. OFFEN   on behalf of Debtor Qiana N. Futrell dmo160west@gmail.com,
       davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Pennsylvania Housing Finance Agency
       bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
       bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                                                                                        TOTAL: 5

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Qiana N. Futrell            )  Chapter 13
         Debtor                      )
                                     )  19-16328-ELF
                                     )
                                     )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,250.00 is allowed and the balance in the amount of $4,244.00 shall be paid by the Chapter 13 Trustee to the extent consistent with the terms of the confirmed plan.

6/22/20
DATED:                               ERIC L. FRANK
                                     U.S. BANKRUPTCY JUDGE