IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Qiana N. Futrell | : | No. 19-16328-ELF |
| Debtor | : | |

ANSWER TO MOTION OF U.S. BANK NATIONAL ASSOCIATION
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted payments have been missed. Debtor suffered some financial strain as a result of COVID-19 and was not aware she needed to request a formal forbearance for payments missed during that time. Debtor is seeking a Loan Modification.

7. Admitted payments were missed. Debtor is seeking a Loan Modification.

8. Admitted payments were missed. Debtor is seeking a Loan Modification for the chance to cure the total arrears owed to U.S. Bank N.A.

9. Denied. Debtor is seeking a Loan Modification and respectfully requests the chance to catch up.

10. No response required.

WHEREFORE, the Debtor respectfully requests that the Movant's Motion for Relief be DENIED.

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)

Dated: 8/26/20

CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca Solarz on behalf of U.S. Bank National Association
bkgroup@kmllawgroup.com

                                                              /s/ David M. Offen
                                                              David M. Offen
Dated: 8/26/20                                        Attorney for Debtor