IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :    CHAPTER 13

Qiana N. Futrell          :    No. 19-16328-AMC
    Debtor

OBJECTION TO CERTIFICATE OF DEFAULT AND CERTIFICATE OF SERVICE

    Debtor objects to the Certificate of Default. The debtor paid $1,972.00 by overnight mail and the payment has received which covers the October and November payments. The Debtor only owes the current month and it is believed that Movant has not informed their counsel of the receipt of these payments. Debtor asks that the relief Order not be signed.

/s/ David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA 19106
215-625-9600

Dated: 12-22-20

    A copy of this Objection is being served on Rebecca Solarz, Esquire, and the Chapter 13 Trustee.

/s/ David M. Offen
Attorney for Debtor