*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Qiana N. Futrell
    Debtor(s)

Case No: 19–16328–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Certification of Default of the terms of the Stipulation Filed by REBECCA ANN SOLARZ on behalf of U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) (related document(s)44, 45, 40).

on: 1/5/21

at: 09:30 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  12/22/20

Timothy B. McGrath
Clerk of Court

50 – 48
Form 167