# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Qiana N. Futrell<br>　　　　　　Debtor(s)<br><br>U.S. BANK NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)<br>　　　　　　Movant<br>　　vs.<br><br>Qiana N. Futrell<br>　　　　　　Debtor(s)<br><br>and Kenneth E. West Esq.<br>　　　　　　Trustee | Chapter 13<br><br>NO. 19-16328 ELF |

## ORDER

AND NOW, this 2nd day of November, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow US BANK NATIONAL ASSOCIATION (trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5703 Lebanon Avenue, Philadelphia, PA 19131.

　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE