**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **CHAPTER 13** |
| | : | |
| Qiana N. Futrell | : | **No.** 19-16328-ELF |
| **Debtor** | : | |

**ORDER**

AND NOW, this ___23rd___ day of _____December_____, 2021, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE