United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16328-elf |
| Qiana N. Futrell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 08, 2022 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Qiana N. Futrell, 5703 Lebanon Avenue, Philadelphia, PA 19131-3015 |
| 14402170 | | City of Philadelphia, Code Violation Enforcement, P.O. Box 56318, Philadelphia, PA 19130-6318 |
| 14402175 | | Monitronics, Dept. CH 8628, Palatine, IL 60055-8628 |
| 14402181 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14441799 | + | Pennsylvania Housing Finance Agency, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14402182 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14402184 | + | Philadelphia Fed Cr Un, 12800 West Townsend, Philadelphia, PA 19154-1095 |
| 14402187 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 14402188 | + | U.S. Bank National Association, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14402193 | | Verizon Wireless/sou, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 08 2022 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | Nov 08 2022 23:42:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14402168 | | Email/Text: ebn@americollect.com | Nov 08 2022 23:42:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 14435681 | | Email/Text: bnc@atlasacq.com | Nov 08 2022 23:42:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 14402169 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 08 2022 23:43:00 | Berks Credit and Collections, PO Box 329, Temple, PA 19560-0329 |
| 14509363 | | Email/Text: megan.harper@phila.gov | Nov 08 2022 23:42:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14402171 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 08 2022 23:43:00 | Credit Coll, Po Box 9133, Needham, MA 02494-9133 |
| 14402172 | ^ | MEBN | Nov 08 2022 23:41:56 | Diversified Adjustment Service, Inc., PO Box 32145, Minneapolis, MN 55432-0145 |
| 14402173 | + | Email/Text: bankruptcynotices@dcicollect.com | Nov 08 2022 23:43:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14402174 | ^ | MEBN | Nov 08 2022 23:42:01 | KML Law Group, P.C., 701 Market Street, Suite |

Case 19-16328-elf    Doc 67    Filed 11/10/22    Entered 11/11/22 00:30:27    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 08, 2022 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 5000, Philadelphia, PA 19106-1541 |
| 14416926 | | Email/Text: bankruptcypgl@plaingreenloans.com | Nov 08 2022 23:43:00 | Plain Green Loans, Attention: Special Handling, 93 Mack Rd, Suite 600, Box Elder, MT 59521 |
| 14402178 | + | Email/Text: blegal@phfa.org | Nov 08 2022 23:42:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14402176 | + | Email/Text: blegal@phfa.org | Nov 08 2022 23:42:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14402180 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 08 2022 23:42:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14443541 | + | Email/Text: blegal@phfa.org | Nov 08 2022 23:42:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14402186 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Nov 08 2022 23:43:00 | Plain Green, 93 Mack Road Suite Po Box 270, Box Elder, MT 59521-0270 |
| 14442555 | ^ | MEBN | Nov 08 2022 23:42:01 | U.S. BANK NATIONAL ASSOCIATION, (Trustee for the P, C/O KML Law Group, Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14439380 | + | Email/Text: blegal@phfa.org | Nov 08 2022 23:42:00 | U.S. Bank National Association, et al, c/o PA Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14405486 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 08 2022 23:45:46 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14402190 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 08 2022 23:42:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14402189 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 08 2022 23:42:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14402192 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 08 2022 23:42:00 | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |
| 14402194 | | Email/Text: megan.harper@phila.gov | Nov 08 2022 23:42:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14402179 | *+ | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14402177 | *+ | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14402185 | *+ | Philadelphia Fed Cr Un, 12800 West Townsend, Philadelphia, PA 19154-1095 |
| 14402183 | *+ | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14402191 | *+ | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 08, 2022 | Form ID: pdf900 | Total Noticed: 34 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Qiana N. Futrell dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
QIANA N. FUTRELL

Chapter 13

Debtor

Bankruptcy No. 19-16328-ELF

## ORDER

**AND NOW**, this ___8th___ day of ___November___, 202<u>2</u>, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA 19107

Debtor's Attorney:  
DAVID OFFEN ESQUIRE  
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:  
QIANA N. FUTRELL

5703 LEBANON AVENUE

PHILADELPHIA, PA 19131-